```
                          United States Bankruptcy Court
                                District of Hawaii
Landauer,
          Plaintiff                                          Adv. Proc. No. 15-90010-rjf

Field,
          Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0975-1          User: lisa              Page 1 of 1           Date Rcvd: Jul 07, 2015
                              Form ID: hn045          Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2015.
```
dft          +Dane S. Field,   P.O. Box 4198,   Honolulu, HI 96812-4198
dft          +Donald V. Totten,   200 Kalaunu Way,   Lahaina, HI 96761-8759
dft          +Grant McCollough,   1429 Front Street,   Lahaina, HI 96761-1727
dft          +Marissa McCollough,   1429 Front Street,   Lahaina, HI 96761-1727
pla          +Mary Ann Landauer,   3800 E. Buchtel Blvd. #102292,   Denver, CO 80250-7583
pla          +Maxwell Z. Totten,   3800 E. Buchtel Blvd. #102292,   Denver, CO 80250-7583
pla          +Spencer D. Totten,   3800 E. Buchtel Blvd. #102292,   Denver, CO 80250-7583
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2015                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2015 at the address(es) listed below:
```
              Bradley R. Tamm    on behalf of Defendant Dane S. Field btamm@hawaiiantel.net
              Johnathan Christiaan Bolton    on behalf of Defendant    Wells Fargo Bank NV jbolton@goodsill.com,
               smatejko@goodsill.com
              Ramon J. Ferrer    on behalf of Defendant Donald V. Totten ramonlawfirm@hotmail.com,
               dale@ferrerlawfirm.com
              Robert S. Holland    on behalf of Defendant Dane S. Field rh@rhlawhawaii.com
              Ronald K. Kotoshirodo    on behalf of Defendant Dane S. Field
               rkotoshirodo@ecf.epiqsystems.com;rkotoshirodo001@hawaii.rr.com;kimyoshida-ecf@hawaii.rr.com
                                                                                             TOTAL: 5
```

ntc9022AP (04/14)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

| | |
|---|---|
| In re: | Case No.: 12–00332 |
| Donald Van Houten Totten, Jr.<br>Debtor | Chapter 7 |
| Mary Ann Landauer,<br>Plaintiff | A.P. No. 15–90010 |
| v. | |
| Dane S. Field, et al.<br>Defendant | |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

**NOTICE IS HEREBY GIVEN** that on the date shown below the court entered the following on the docket in this adversary proceeding.

**Order Granting Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Complaint Filed February 17, 2015 With Prejudice(Related Doc # 5) Date of Entry: 7/7/2015. (LL)**

The entry and any associated documents may be viewed electronically at the Clerk's Office. You also may access the information online using PACER, the federal judiciary's Public Access to Court Electronic Records system. A PACER login is required and charges may apply. Go to www.pacer.gov for more information about online access.

Dated:  July 7, 2015                                       Michael B. Dowling
                                                                            Clerk